AO 247 (02/08)  Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Middle District of Alabama

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Dwayne Lamar Hawkins | ) | Case No: 2:98CR130-ID-02 |
|  | ) | USM No: 10303-002 |
| Date of Previous Judgment: 4/15/1999 | ) | Pro Se |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of  X the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
    ☐ DENIED.   X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of   210   months **is reduced to**   168   .

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level:   35          Amended Offense Level:   33
Criminal History Category:   III        Criminal History Category:   III
Previous Guideline Range:   210   to   262   months   Amended Guideline Range:   168   to   210   months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
X The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated   4/15/1999   shall remain in effect.
**IT IS SO ORDERED.**

Order Date:   June 8, 2009

_____
Judge's signature

Effective Date:   June 22, 2009
(if different from order date)

Ira DeMent, Senior United States District Judge
Printed name and title