IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA,     )
                              )
    v.                        )    CRIMINAL ACTION NO.
                              )       2:98cr130-MHT
DWAYNE LAMAR HAWKINS          )            (WO)
```

ORDER

After an independent and de novo review of the record, it is ORDERED Dwayne Lamar Hawkins's motion to modify or terminate his supervised release (Doc. No. 193) is granted and that his supervised release is terminated, that is, he is no longer subject to supervised release.

DONE, this the 16th day of May, 2014.

          /s/ Myron H. Thompson
       UNITED STATES DISTRICT JUDGE